IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Gregory K Tate  Debtor | ) ) ) ) ) | Chapter 13  No. 19-10383-MDC |
|---|---|---|---|

**CERTIFICATION OF NO RESPONSE**

   I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor

Date:5/9/19