# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-10383-MDC

GREGORY K TATE

2040 WEBSTER STREET

PHILADELPHIA, PA 19146

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    GREGORY K TATE

    2040 WEBSTER STREET

    PHILADELPHIA, PA 19146

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

                                        /S/ William C. Miller

Date: 9/3/2019                           _____

                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee