# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Gregory K. Tate | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 19-10383 |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Ditech;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim # 9 in the amount of $ 168,327.00 has been filed in your name by David M. Offen, Esq. counsel for debtor on 10/10/19.

Dated: October 10, 2019

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Denise Lavariere
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)