United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gregory K Tate  
      Debtor

Case No. 19-10383-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: dlv    Page 1 of 1    Date Rcvd: Oct 10, 2019  
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2019.  
db         +Gregory K Tate,   2040 Webster Street,   Philadelphia, PA 19146-1337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
             +E-mail/Text: bankruptcy.bnc@ditech.com Oct 11 2019 02:41:55     Ditech,   ATTN: Bankruptcy,  
        PO Box 6172,   Rapid City, SD 57709-6172  
                                                                                                                                                      TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2019 at the address(es) listed below:  
        DAVID M. OFFEN   on behalf of Debtor Gregory K Tate dmo160west@gmail.com,  
         davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
        JOSHUA   DOMER   on behalf of Creditor   CITY OF PHILADELPHIA joshua.domer@phila.gov,  
         karena.blaylock@phila.gov  
        KEVIN G. MCDONALD   on behalf of Creditor   LOANCARE, LLC bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                                                                                                                               TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Gregory K. Tate | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 19-10383 |

NOTICE

To the debtor, debtor's counsel, trustee, and creditor Ditech;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim # 9 in the amount of $ 168,327.00 has been filed in your name by David M. Offen, Esq. counsel for debtor on 10/10/19.

Dated: October 10, 2019

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Denise Lavariere
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)