IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Gregory K Tate | : | Case No. 19-10383-mdc |
| xxx-xx-2948 | | |
| Debtor | | |

### ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
### FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

<u>$275.00 EVERY TWO WEEKS.</u>

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

*Magdeline D. Coleman*                    November 20, 2019

HONORABLE MAGDELINE D. COLEMAN        DATED:
CHIEF UNITED STATES BANKRUPTCY JUDGE

<u>Make checks payable to:</u>           David M. Offen Esq.
William C. Miller, Trustee              Suite 160 West, Curtis Ctr.
P.O. Box 1799                           Philadelphia, PA 19106
Memphis, TN  38101-1799                 (215) 625-9600

Payroll Controller
Department of Homeland Security
C/O USDA, International Finance Center
P.O. Box 60000
New Orleans, LA 70160