**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                                                    **Chapter 13**
GREGORY K TATE


                        **Debtor**              **Bankruptcy No.** 19-10383-MDC

# <u>O R D E R</u>

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


May 20, 2021

_____
                        Magdeline D. Coleman
                        Chief U.S. Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
GREGORY K TATE

2040 WEBSTER STREET

PHILADELPHIA, PA 19146